UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SATNAM SINGH,                                    JUDGMENT
                                                 05-CV- 1083 (JG)
                   Petitioner,

        -against-

DEPARTMENT OF HOMELAND SECURITY,

                   Respondent.
-----------------------------------------------------------------X

An Order of Honorable John Gleeson, United States District Judge, having been filed on August 5, 2005, denying the petition for a writ of habeas corpus; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that judgment is hereby entered denying the petition for a writ of habeas corpus.

Dated: Brooklyn, New York
       August 09, 2005

                                                 ROBERT C. HEINEMANN
                                                 Clerk of Court